IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FREDERICK J. BARTON
ADC #142505                                                                PLAINTIFF

v.                           No. 4:23-cv-727-DPM

DORVOR, Deputy,
Pulaski County Jail                                                       DEFENDANT

ORDER

1. The Court withdraws the reference.

2. Barton hasn't paid the $402 statutory filing fee and the time to do so has passed. *Doc. 12*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 November 2023