IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FREDERICK J. BARTON
ADC #142505                                                              PLAINTIFF

v.                              No. 4:23-cv-727-DPM

DORVOR, Deputy,
Pulaski County Jail                                                      DEFENDANT

JUDGMENT

Barton's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 November 2023